# EXHIBIT A

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by ADT*

**US Patent 7,209,959 Versus ADT's Website Infrastructure**



https://web.archive.org/web/20190326162934/https://www.adt.com/ *(Wayback Version of 2019)*

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by ADT*

| Claim 1 |
|---|
| 1. A method comprising: |
| in response to a request by a client to initiate communication with a destination website; |
| setting up a forwarding session between the client and a destination server corresponding to the destination website, the forwarding session employing a forwarder disposed between the client and the destination server to forward packets sent from the client to the destination server and to forward packets sent from the destination server to the client; |
| employing the forwarder to transfer packets between the client and the destination server during the forwarding session, wherein the forwarding session is set up and implemented such that neither the client or the destination server is aware of the employment of the forwarder; |
| employing a controller configured to communicate with the forwarder and a domain name server, wherein the controller queries the domain name server to resolve the name of the destination website associated with the destination server and initiates communication with the forwarder in response to an answer from the domain name server to resolve the name of the destination website associated with the destination server; |
| employing a deceiver configured to communicate with the controller and the client, wherein the deceiver receives the request by the client to initiate communication with the destination website and initiates the controller to query the domain name server to resolve the name of the destination website associated with the destination server; and |
| in response to the controller receiving the answer from the domain name server and initiating communication with the forwarder, initiating the forwarding session. |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by ADT*

| Claim 1 | |
|---|---|
| A method comprising: | {ADT's website infrastructure performed the recited method and step. Below shows the details for responding to website requests with Developer Tools enabled. On information and belief, these reflect how the ADT infrastructure operated during the relevant time period.}  https://www.adt.com/ (Screenshot taken from Chrome developer tools) |
| in response to a request by a client to initiate communication with a destination website; | |



*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by ADT*

| Claim 1 | https://web.archive.org/web/20190904162354/http://techgenix.com/secure_architecture_sql_web_server/# <br> *Fig. 3. Simplified website infrastructure topology for secure hosting of dynamic websites* <br>  <br> {Note: This system depicts a high-level overview of the hosting of dynamic websites such as used with ADT's website infrastructure. On information and belief, ADT's website infrastructure performed the recited step.} |
|---|---|
| employing the forwarder to transfer packets between the client and the destination server during the forwarding session, wherein the forwarding session is set up and implemented such that neither the client or the destination server is aware of the employment of the forwarder; | |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by ADT*

| Claim 1 | |
|---|---|
| employing the forwarder to transfer packets between the client and the destination server during the forwarding session, wherein the forwarding session is set up and implemented such that neither the client or the destination server is aware of the employment of the forwarder; | {Note: For a destination web server hosted as shown on slides 5 and 6 above, the web server appears to have a direct TCP connection between the local address (e.g. 192.168.29.92) and the client address of 65.49.68.33 (e.g. public IP corresponding to the client shown in slide 4). Thus, neither the client or the destination server is aware of the employment of the forwarder. The below example is for port 60344 but also applies for example TLS data on port 443 used on slide 4 above.}<br><br>```
C:\Windows\System32>netstat -an

Active Connections

  Proto  Local Address          Foreign Address        State
  TCP    0.0.0.0:135            0.0.0.0:0              LISTENING
  TCP    0.0.0.0:445            0.0.0.0:0              LISTENING
  TCP    0.0.0.0:5040           0.0.0.0:0              LISTENING
  TCP    0.0.0.0:7070           0.0.0.0:0              LISTENING
  TCP    0.0.0.0:49664          0.0.0.0:0              LISTENING
  TCP    0.0.0.0:49665          0.0.0.0:0              LISTENING
  TCP    192.168.29.92:58850    155.226.144.128:443    ESTABLISHED
  TCP    192.168.29.92:60263    141.226.231.48:443     ESTABLISHED
  TCP    192.168.29.92:60313    4.153.72.49:443        CLOSE_WAIT
  TCP    192.168.29.92:60336    40.119.213.159:443     ESTABLISHED
  TCP    192.168.29.92:60344    65.49.68.33:443        ESTABLISHED
```<br>Screenshot taken from Command prompt |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by ADT*

| Claim 1 | https://web.archive.org/web/20190904162354/http://techgenix.com/secure_architecture_sql_web_server/# <br><br>*Fig. 3. Simplified website infrastructure topology for secure hosting of dynamic websites* <br><br><br><br>*{Note: This system depicts a high-level overview of the hosting of dynamic websites such as used with ADT's website infrastructure. On information and belief, ADT's website infrastructure performed the recited step.}* |
|---|---|
| employing a controller configured to communicate with the forwarder and a domain name server, wherein the controller queries the domain name server to resolve the name of the destination website associated with the destination server … | |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by ADT*

| Claim 1 | |
|---|---|
| employing a controller configured to communicate with the forwarder and a domain name server, wherein the controller queries the domain name server to resolve the name of the destination website associated with the destination server … | <br><br>https://subdomainfinder.c99.nl/scans/2020-10-13/adt.com<br><br>{Note: On information and belief, domains names hosted by ADT were queried by the controller to resolve the name of the destination website associated with the destination server, such as "www.adt.com". For example, in the complete list above of 576 subdomains names for ADT, other names share the same IP address (such as alpha.adt.com). The domain name server shown in slide 8 above must be queried to find a corresponding private IP address of the destination website when subdomains share the public IP address. An example of a destination website is shown on slide 3 above, which corresponds to www.adt.com shown on slide 1.} |

Exhibit A - Page |8

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by ADT*

| Claim 1 | |
|---|---|
| and initiates communication with the forwarder in response to an answer from the domain name server to resolve the name of the destination website associated with the destination server; | https://web.archive.org/web/20190904162354/http://techgenix.com/secure_architecture_sql_web_server/#<br><br>*Fig. 3. Simplified website infrastructure topology for secure hosting of dynamic websites*<br><br><br><br>{Note: This system depicts a high-level overview of the hosting of dynamic websites such as used with ADT's website infrastructure. On information and belief, ADT's website infrastructure performed the recited step.} |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by ADT*

| Claim 1 | |
|---|---|
| employing a deceiver configured to communicate with the controller and the client, wherein the deceiver receives the request by the client to initiate communication with the destination website and initiates the controller to query the domain name server to resolve the name of the destination website associated with the destination server; and | https://web.archive.org/web/20190904162354/http://techgenix.com/secure_architecture_sql_web_server/# <br> *Fig. 3. Simplified website infrastructure topology for secure hosting of dynamic websites* <br><br> {Note: ADT's website infrastructure performed the recited step. As shown the data flow on slide 4, the *deceiver* both (i) *receives the request* and (ii) later sends the data from the *destination server* in a manner that makes the *deceiver* appear to be the source of the data, when the source of the data is actually the *destination server*.} |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by ADT*

| Claim 1 | |
|---|---|
| in response to the controller receiving the answer from the domain name server and initiating communication with the forwarder, initiating the forwarding session. | https://web.archive.org/web/20190904162354/http://techgenix.com/secure_architecture_sql_web_server/#<br>*Fig. 3. Simplified website infrastructure topology for secure hosting of dynamic websites*<br><br>*{Note: ADT's website infrastructure performed the recited step.}* |

11